THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JODI HAMRICK,<br><br>  Defendant. | CASE NO. CR20-0079-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue the trial date and the pretrial motions deadline (Dkt. No. 16). Defendant has filed a speedy trial waiver up to and including December 14, 2020. (Dkt. No. 17 at 1.)

Having thoroughly considered the motion, the speedy trial waiver, and the relevant record, the Court hereby FINDS that:

1. Taking into account the exercise of due diligence, a failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

2. Failure to grant a continuance would likely result in a miscarriage of justice as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

3. The additional time requested is a reasonable period of delay, as defense counsel has

requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

4. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendant in any speedier trial as set forth in 18 U.S.C. § 3161(h)(7)(A); and

5. The additional time requested between the current trial date of September 14, 2020, and the new trial date is necessary to provide defense counsel time to prepare for trial considering counsel's schedule and all of the facts set forth above.

For the foregoing reasons, Defendant's motion to continue the trial date and pretrial motions deadline (Dkt. No. 16) is GRANTED. The trial date is hereby CONTINUED to December 14, 2020, at 9:30 a.m. The Court further ORDERS that the time between the date this order is issued and the new trial date is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv). Any pretrial motions must be filed no later than November 14, 2020.

DATED this 9th day of September 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE