The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JODI HAMRICK,<br><br>Defendant. | NO. CR20-079RAJ<br><br>**ORDER TO SEAL** |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Opposition to Motion Objecting to Imposition of a Special Condition of Pretrial Release, shall remain sealed.

DATED this __2nd__ day of _December,_ 2020.

_Richard A Jones_

HON. RICHARD A. JONES
United States District Judge

Order to Seal
*U.S. v. Hamrick, CR20-079JCC - 1*