JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-079RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION OBJECTING TO SPECIAL CONDITION |
| JODI HAMRICK, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of defendant, Jodi Hamrick, to file Defendant's Reply to Government's Response to Motion Objecting to Imposition of Special Condition of Pretrial Release under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file the Reply under seal.

DATED this 2nd day of December, 2020.

_____
HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO
SEAL DEFENDANT'S REPLY TO
GOVERNMENT'S RESPONSE TO MOTION
OBJECTING TO SPECIAL CONDITION
(*Jodi Hamrick*; CR20-079RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100