The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>JODI HAMRICK,<br><br>              Defendant. | CASE NO. CR20-79RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THIS COURT having considered the Motion of the United States for a continuance of the trial date and the facts set forth therein, which are hereby adopted by reference and incorporated as findings of fact, and General Order 18-20 of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which is incorporated herein by reference, hereby FINDS as follows:

1. In light of the recommendations made by the Centers for Disease Control and Prevention (CDC) and Public Health for Seattle and King County regarding social distancing measures required to stop the spread of this disease, it is not possible at this time to proceed with a jury trial.

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
*United States v. Hamrick*, CR20-79RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Further, because of the recommendations that individuals at higher risk of contracting this disease avoid large groups of people, at this time, it would be difficult, if not impossible, to get a jury pool that would represent a fair cross section of the community. Based on the recommendations it would also be medically inadvisable to do so.

3. As a result, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant to a speedy trial.

IT IS THEREFORE ORDERED that the United States' Motion (Dkt. # 42) is GRANTED. The trial in this matter is continued to October 25, 2021. All pretrial motions, including motions in limine, shall be filed no later than September 9, 2021.

IT IS FURTHER ORDERED that the period time from the date of this order up to and including the new trial date of October 25, 2021, shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 10th day of February, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
*United States v. Hamrick*, CR20-79RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970