JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-079RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL DEFENDANT'S MOTION OBJECTING TO IMPOSITION OF A SPECIAL CONDITION OF PRETRIAL RELEASE |
| JODI HAMRICK, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of defendant, Jodi Hamrick, to file Defendant's Motion Objecting to Imposition of Special Condition of Pretrial Release and Exhibits 1 through 7 under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file Motion Objecting to Imposition of Special Condition and Exhibits 1 through 7 under seal.

DATED this 17th day of May, 2021.

*Richard A. Jones*
HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO
SEAL DEFENDANT'S MOTION
OBJECTING TO SPECIAL CONDITION
(*Jodi Hamrick*; CR20-079RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100