Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> v. <br> JODI HAMRICK, <br> Defendant. | NO. CR20-079RAJ <br><br> ORDER GRANTING MOTION TO SEAL |

Having considered the Government's Motion to Seal, and due to the sensitive information contained therein, it is hereby ORDERED that the Government's Motion to Seal (Dkt. # 69) is GRANTED. The Government's Opposition to Motion Objecting to Imposition of a Special Condition of Pretrial Release and Exhibits 1 through 5 shall remain sealed.

DATED this 17th day of May, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
*U.S. v. Hamrick*, CR20-079RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970