Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JODI HAMRICK,<br><br>Defendant. | No. 2:20-cr-00079-RAJ<br><br>ORDER ON MOTION<br>TO CONTINUE TRIAL |

THE COURT having considered defense counsel's motion for continuance of the trial date and the deadline for filing pretrial motions, with its undisputed facts that are hereby incorporated by reference and adopted as findings of fact, and the case records and files herein, including the defendant's declaration objecting to the motion, the Court makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
*U.S.A. v. Hamrick*, 2:20-cr-00079-RAJ
Page 1 of 2



2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation and that these factors outweigh the interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. §3161(h)(7)(B)(i).

IT IS THEREFORE ORDERED that the motion (Dkt. # 85) is GRANTED. The trial date in this matter is continued from October 25, 2021 to May 23, 2022.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than April 7, 2022.

IT IS FURTHER ORDERED THAT the time between the date of this order and the new trial date of May 23, 2022, is excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DATED this 12th day of October, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
*U.S.A. v. Hamrick, 2:20-cr-00079-RAJ*
Page 2 of 2

CARNEY GILLESPIE PLLP
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com