The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JODI HAMRICK,<br><br>Defendant. | NO. 2:20-cr-00079-RAJ<br><br>ORDER ON MOTION FOR<br>PARTIAL RECONSIDERATION |

THE COURT having considered defense counsel's unopposed motion for partial reconsideration of the Court's order to determine competency of defendant, with its undisputed facts that are hereby incorporated by reference and adopted as findings of fact, and the case records and files herein, the Court finds the defendant is entitled to a hearing to determine whether remanding her to custody under 18 U.S.C § 4247(b) is reasonably necessary.

In this basis, the Court orders that the part of the ORDER FOR MENTAL COMPETENCY EXAMINATION UNDER 18 U.S.C. § 4241 (Dkt. 95) committing the defendant to the custody of the Attorney General is withdrawn pending the outcome of the required hearing.

///

///

A hearing to determine the necessity of remanding the defendant to custody for her competency examination shall be held on Friday, March 25, 2022, at 9:00 a.m., in Courtroom 13106.

DATED this 18th day of March, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge