THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:20-cr-00079-RAJ |
| Plaintiff, | ) ) ) | ORDER ON MOTION TO SUBSTITUTE COUNSEL |
| v. | ) ) | |
| JODI HAMRICK, | ) ) | |
| Defendant. | ) ) | |

THE COURT has considered the motion of attorney Daniel Perlman to substitute as counsel of record for Defendant Jodi Hamrick, and the records and files in this case. Having conducted a hearing on this date, for the reasons set forth orally on the record,

IT IS NOW ORDERED that the motion (Dkt. 105) is GRANTED. Daniel Perlman is permitted to substitute, and Sean Gillespie and Stephen Jackson are withdrawn as counsel of record for Defendant Jodi Hamrick.

DATED this 1st day of April, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 1