1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )   NO.:  2:20-cr-00079-RAJ
                                          )
                           Plaintiff,     )   ORDER ON MOTION FOR COMPETENCY
                                          )   EVALUATION IN THE COMMUNITY
         v.                               )
                                          )
JODI HAMRICK,                             )
                                          )
                           Defendant.     )
_____  )

THIS MATTER comes before the Court on the issue of psychological evaluation for competency following a motion for reconsideration by defense counsel (Dkt. 96).  Having considered all submitted materials and declarations as well as oral argument, it is hereby ORDERED that:

1.  Defendant is to be thoroughly evaluated by privately retained expert witness, Dr. Hy Malinek, for determination of competency pursuant to 18 U.S.C. § 4241(b) in an outpatient setting.

2.  With the exception of language relating to the location of the examination in a custodial setting, which is hereby stricken, all other provisions contained in the Court's March 16, 2022 order (Dkt. 95) (including that the report meet the requirements specified in 18 U.S.C. § 4247(c), and that the report be filed with the Court under seal, with copies provided to counsel for the defense and for the United States), remain in full force and effect.

ORDER - 1

3. Dr. Malinek is to complete his evaluation and have a final report ready for presentation to the court through defense counsel on or before May 13, 2022.  The report should reflect the date(s) when Dr. Malinek met with Ms. Hamrick and the length of the session(s).

4. Defense counsel is to closely monitor and ensure adherence to the schedule set by Dr. Malinek, and to strongly encourage Dr. Malinek and Ms. Hamrick to conduct their video meetings in the most open manner possible, with consideration to angle, scope and lighting so as to most closely approximate an in-person interaction.

5. Any concerns regarding Dr. Malinek's ability to assess Ms. Hamrick thoroughly, or regarding potential deficiencies in the final report, should be brought to the immediate attention of the Court.

IT IS SO ORDERED.

DATED this 5th day of April, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2