The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JODI HAMRICK,<br><br>　　　　　　　　Defendant. | CASE NO. 2:20-cr-00079-RAJ<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THIS COURT having considered the Motion of the United States and Defendant Jodi Hamrick for a continuance of the trial date and the facts set forth therein, which are hereby adopted by reference and incorporated as findings of fact, hereby FINDS that, in light of the ongoing competency evaluation process, the appointment of new counsel, and the need for additional time for counsel to evaluate the case and prepare for trial, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweigh the best interest of the public and the defendant in a speedy trial.

ORDER GRANTING MOTION TO CONTINUE - 1
*United States v. Hamrick*, 2:20-cr-00079-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS THEREFORE ORDERED that the motion (Dkt. 111) is GRANTED.  The trial date is continued to October 17, 2022.  All pretrial motions, including motions in limine, shall be filed no later than September 1, 2022.

IT IS FURTHER ORDERED that the period of time from the date of this order up to and including the new trial date of October 17, 2022, shall be excludable time pursuant to 18 U.S.C. § 3161.

DATED this 12th day of April, 2022.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE - 2
*United States v. Hamrick*, 2:20-cr-00079-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970