The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JODI HAMRICK,<br><br>Defendant. | NO. 2:20-cr-00079-RAJ<br><br>ORDER REGARDING COMPETENCY |

This matter is before the Court following a hearing to address the competency of Defendant Jodi Hamrick. At the request of defense counsel, the Court ordered an evaluation of Ms. Hamrick. Ms. Hamrick was evaluated by Hy Malinek, Psy.D., who prepared a report and found her competent to stand trial.

Based on Dr. Malinek's uncontested finding and the totality of the record, the Court finds by a preponderance of the evidence that Ms. Hamrick is not suffering from a mental disease or defect that would render her mentally incompetent to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

DATED this 19th day of May, 2022.

*[signature]*

HON. RICHARD A. JONES
United States District Judge

ORDER REGARDING COMPETENCY
*United States v. Hamrick* / 2:20-cr-00079-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970