The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-00079-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| JODI HAMRICK, | |
| Defendant. | |

THIS COURT, having considered the defense's unopposed motion to continue the trial date and the pretrial motions deadline, including the facts and circumstances stated therein, which are hereby incorporated as findings of fact, finds that:

    (a)    taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set for in 18 U.S.C. § 3161(h)(7)(B)(iv);

    (b)    a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

(d) the case is sufficiently complex that is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii);

(e) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(f) the additional time requested between the current trial date of October 17, 2022 and the new trial date is necessary to provide counsel for the defendant reasonable time to prepare for potential pretrial motions and the trial, considering all of the facts set forth above.

IT IS THEREFORE ORDERED that, for the reasons stated herein and in the unopposed defense motion, the motion (Dkt. 127) is GRANTED.  The trial date is continued to March 20, 2023.  All pretrial motions, including motions in limine, shall be filed no later than January 30, 2023.

IT IS FURTHER ORDERED that the period of time from the date of this order up to and including the new trial date of March 20, 2023, shall be excludable time pursuant to 18 U.S.C. § 3161.

DATED this 5th day of December, 2022.

*signature: Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge