The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JODI HAMRICK, <br><br> Defendant. | NO. 2:20-cr-00079-RAJ <br><br> ORDER SETTING EXPERT DISCLOSURE SCHEDULE |

THE COURT, having reviewed the parties' joint request to set an expert disclosure schedule in this case, hereby ORDERS that:

As the United States has made expert disclosures to the defense prior to the date of this Order, the defense must make its disclosures for any expert witnesses on or before **January 18, 2023**. The expert disclosures must comport with all of the criteria outlined in the recent amendments to Federal Rule of Criminal Procedure 16, effective December 1, 2022.

///
///
///
///

ORDER SETTING EXPERT DISCLOSURE SCHEDULE - 1
*United States v. Hamrick* / 2:20-cr-00079-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Should the United States need to retain one or more rebuttal experts to respond to the defense's expert testimony disclosed on or before January 18, 2023, the United States shall make its rebuttal expert disclosures comporting with Rule 16 no later than on or before **March 3, 2023**.

Any proposed modifications to this schedule must be made in writing to the Court with an enclosed proposed Order.

IT IS SO ORDERED.

DATED this 23rd day of December, 2022.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER SETTING EXPERT DISCLOSURE SCHEDULE - 2
*United States v. Hamrick* / 2:20-cr-00079-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970