Daniel R Perlman SBN 236278
3500 W Olive Ave 3rd Floor Burbank, CA 91505
310-935-3655
daniel@danielperlmanlaw.com

Attorney for Jodi Hamrick

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) NO.: 2:20-CR-00079-RAJ |
|---|---|
| Plaintiff, | ) ORDER GRANTING UNOPPOSED MOTION TO ALLOW ADDITIONAL TIME FOR FILING MOTIONS IN LIMINE |
| v. | |
| JODI HAMRICK | |
| Defendant. | |

The COURT, having considered the defense's stipulation to extend the *in limine* motions deadline, including the facts and circumstances stated therein, which are hereby incorporated as findings of fact, finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective consideration of the defendant's current state of health, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay under the circumstances for defense counsel to either determine that Defendant's health is intact enough to proceed to trial or submit other motions and or evidence to the court explaining why some other course need be considered.

(d) the ends of justice will best be served by this brief delay, and the ends of justice outweigh the possible inconvenience from drawing one week closer to jury trial as set forth in 18 U.S.C. § 3161(h)(7)(A);

(e) the additional time requested is necessary to provide defense counsel reasonable time to engage with Ms. Hamrick on the issues over her health described herein, considering all of the facts set forth above; and

IT IS THEREFORE ORDERED that, for the reasons stated herein and in Defendant Hamrick's motion, the motions *in limine* deadline is extended until February 14, 2023.

DATED:  February 8, 2023

HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE