HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-00079-RAJ |
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |
| vs. | |
| JODI HAMRICK, | |
| Defendant. | |

THE COURT has considered Defendant's motion for a continuance of the trial date from March 20, 2023. Defense Counsel has indicated by way of his motion that he requires additional time to prepare the case for trial. The Court hereby incorporates by reference the facts set forth in the Defendant's Motion to Continue the Trial and adopts them as findings of fact. Based upon Defense Counsel's motion, the Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary in order to ensure Defense Counsel sufficient time for case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

1

2          IT IS THEREFORE ORDERED that Defendant's Motion (Dkt. 140) is

3    GRANTED.  The trial date in this matter is continued to January 8, 2024.  The Court

     declines to reinstate the pretrial motions deadline, previously set for January 30, 2023.

4          The Government having previously disclosed its expert witnesses as required by

5    Federal Criminal Rule 16, Defendant's expert witnesses shall be disclosed no later than

     October 10, 2023, and the Government's rebuttal expert witnesses shall be disclosed no

6    later than November 28, 2023.

7          IT IS FURTHER ORDERED that the period from the date of this order through

8    the new trial date of January 8, 2024, shall be excludable time pursuant to the Speedy

     Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

9

10          DATED this 17th day of March, 2023.

11

12

13                                   The Honorable Richard A. Jones
                                     United States District Judge
14

15

16

17

18

19

20

21

22

23

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE - 2