HONORABLE RICHARD JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JODI HAMRICK,<br><br>                    Defendant. | No. 2:20-cr-00079-RAJ<br><br>ORDER PERMITTING MOTION FOR THE APPOINTMENT OF CO-COUNSEL TO BE FILED UNDER SEAL |

This matter comes before the Court on the Defendant's motion for leave to file her Motion for Appointment of Co-Counsel and the supporting declaration *ex parte* and under seal. The Defendant has shown good cause and therefore the motion (Dkt. 149) is granted.

DATED this 29th day of June, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER PERMITTING MOTION FOR
THE APPOINTMENT OF CO-COUNSEL
TO BE FILED UNDER SEAL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Suite 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818