The Honorable Richard Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:20-cr-00079-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENSE EXPERT DISCLOSURE |
| JODI HAMRICK, | |
| Defendant. | |

This Court, having considered Defendant Jodi Hamrick's Unopposed Motion to Extend Time for Defense Expert Disclosure, hereby ORDERS that the motion (Dkt. 154) is GRANTED. The Defense shall provide any expert disclosure to the government no later than October 31, 2023.

DATED this 6th day of October, 2023.

_____
The Honorable Richard A. Jones
United States District Judge