HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>JODI HAMRICK,<br><br>           Defendant. | No. 2:20-cr-00079-RAJ<br><br>ORDER AUTHORIZING MEMORANDUM TO BE FILED *EX PARTE* AND UNDER SEAL |

    Defendant has filed a motion requesting that her memorandum regarding the issuance of a Criminal Rule 17 subpoena be filed *ex parte* and under seal.  The Court finds good cause for the Defendant's request, and it is therefore ordered that the motion (Dkt. 160) is GRANTED. Defendant's memorandum regarding the issuance of a Rule 17 subpoena may be filed *ex parte* and the document shall remain under seal.

    DATED this 1st day of December, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER AUTHORIZING MEMORANDUM TO BE FILED *EX PARTE* AND UNDER SEAL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818