The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JODI HAMRICK, <br><br> Defendant. | NO. CR20-79RAJ <br><br> ORDER GRANTING GOVERNMENT'S MOTION FOR DEPOSITION OF UNAVAILABLE WITNESS |

This matter comes before the Court upon the motion of the United States to take the deposition of Corey Cote pursuant to Fed. R. Crim. P. 15.  The court, having considered the motion, any opposition, and the entirety of the records and files in this matter, hereby finds and rules as follows:

Witness Corey Cote is unavailable for trial.  Mr. Cote is a relevant witness with material testimony, and therefore exceptional circumstances exist that warrant the taking of his deposition, and it is in the interest of justice to do so.

Therefore, the Court orders that the motion to depose Mr. Cote (Dkt. 163) is **GRANTED**.

ORDER GRANTING MOTION FOR DEPOSITION - 1
*United States v. Hamrick*/CR20-79RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The deposition shall be both audio and video recorded. Counsel for the parties will work in good faith to set the time and place of the deposition. The deposition shall take place within a reasonable time, but no later than December 29, 2023.

Counsel for the parties shall be permitted to conduct direct and cross-examinations. The depositions shall be taken and filed as provided for by Rule 15, provided that the scope and manner of examination and cross-examination shall be such as would be allowed in the trial itself. Notwithstanding any other objection, the recorded deposition will qualify for admission into evidence under F.R.E. 804(b)(1).

DATED this 15th day of December, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR DEPOSITION - 2
*United States v. Hamrick*/CR20-79RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970