HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JODI HAMRICK,<br><br>  Defendant. | Cause No.  CR20-79 RAJ<br><br>ORDER ON MOTION FOR TRANSPORTATION EXPENSES |

This matter comes before the Court on the Defendant's unopposed motion for transportation expenses pursuant to Title 18 United States Code § 4285.  The Defendant seeks funding to pay for her transportation from Memphis, Tennessee to Seattle so that she may attend her trial presently scheduled to begin on January 10, 2024, and she also seeks funding for subsistence and accommodations during the trial.  The Court finds that the Defendant is financially unable to pay for transportation and subsistence and that the ends of justice would be served by granting her request.  The Court has furthermore been advised that the Government will take no position with respect to this motion.  Therefore, it is ordered as follows:

 1. Defendant's Motion (Dkt. 173) is **GRANTED**.

 2.  The United States Marshal Service shall arrange for the Defendant's non-custodial transportation so that she may travel from Memphis to Seattle and attend her trial, which is scheduled to begin on January 10, 2024.

ORDER ON MOTION FOR
TRANSPORTATION EXPENSES - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

3.  It is further ordered that the United States Marshal Service shall provide the Defendant with an amount of money for subsistence and hotel or motel accommodations during her trial in an amount not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. 5702(a).

DATED this 15th day of December, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER ON MOTION FOR
TRANSPORTATION EXPENSES - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818