The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JODI HAMRICK,<br><br>   Defendant. | NO. 2:20-cr-00079-RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS |

THIS MATTER comes before the Court on Defendant Jodi Hamrick's Motion for Leave to File Motion to Dismiss (Dkt. 165). The Court, having considered Defendant's motion, the Government's opposition, the files and pleadings herein, and being fully advised, finds that Defendant has failed to show good cause why a motion to dismiss Counts 1 through 4 as barred by the statute of limitations could not have been timely brought prior to the pretrial motions deadline.

Having found the motion untimely, IT IS ORDERED that Defendant's Motion for Leave to File Motion to Dismiss Counts 1 through 4 (Dkt. 165) is **DENIED** and the Motion to Dismiss (Dkt. 166) is STRICKEN.

DATED this 21st day of December, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1