HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JODI HAMRICK, <br><br> Defendant. | Cause No. 2:20-cr-00079-RAJ <br><br> ORDER GRANTING MOTION TO FILE DOCUMENT *EX PARTE* AND UNDER SEAL |

Defendant has filed a motion requesting that her memorandum regarding the issuance of a Criminal Rule 17 subpoena be filed *ex parte* and under seal. The Court finds good cause for the Defendant's request, and it is therefore ordered that the Motion (Dkt. 178) is GRANTED. Defendant's Memorandum regarding the issuance of a Rule 17 subpoena may be filed *ex parte* and under seal.

DATED this 27th day of December, 2023.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 1