HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JODI HAMRICK,<br><br>　　　　　　　Defendant. | No. 2:20-cr-00079-RAJ<br><br>ORDER DIRECTING UNITED STATES PROBATION AND PRETRIAL SERVICES TO PAY SUBSISTENCE |

THIS MATTER comes before the Court on the Defendant's unopposed motion for an order directing U.S. Probation and Pretrial Services to pay for her subsistence during trial. The Court has previously determined that the Defendant is indigent and there is good cause for the Defendant's request.

IT IS THEREFORE ORDERED that the unopposed motion (Dkt. 196) is GRANTED. United States Probation and Pretrial Services shall arrange and pay for Defendant Jodi Hamrick's non-custodial lodging and subsistence, not to exceed local *per diem* allowances, from January 8, 2024, through the duration of trial and deliberations, and arrange and pay for Jodi Hamrick's return transportation to her residence in Memphis Tennessee.

DATED this 8th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　*Richard A. Jones*
　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DIRECTING PRETRIAL
SERVICES TO PAY SUBSISTENCE - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818