THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JODI HAMRICK,<br><br>　　　　　Defendant. | NO. 2:20-cr-00079-RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

　　　This Court has considered Defendant Jodi Hamrick's Motion to Seal her Motion for Issuance of a Subpoena and Witness Fees.  Finding good cause, it is

　　　ORDERED that Jodi Hamrick's Motion to Seal her Motion for Issuance of a Subpoena and Witness Fees (Dkt. 199) is GRANTED.  The motion shall remain under seal.

　　　DATED this 9th day of January, 2024.

*Richard A. Jones*
―――――――――――――――――
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1

MIDDAUGH LAW, PLLC
600 University Street, Suite 3020
Seattle, WA 98101
(206) 919-4269