HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>JODI HAMRICK,<br><br>               Defendant. | Cause No. 2:20-cr-00079-RAJ<br><br>AMENDED ORDER ON MOTION FOR TRANSPORTATION EXPENSES |

THIS MATTER comes before the Court on the Defendant's unopposed motion for transportation expenses pursuant to Title 18 United States Code § 4285. The Defendant seeks funding to pay for her transportation from Memphis, Tennessee to Seattle, so that she may attend her sentencing presently scheduled for April 26, 2024. The Court finds that the Defendant is financially unable to pay for transportation and subsistence while traveling to Seattle and that the ends of justice would be served by granting her request. The Court has furthermore been advised that the Government will take no position with respect to this motion. Therefore, it is ordered as follows:

AMENDED ORDER ON MOTION
FOR TRANSPORTATION EXPENSES - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

Pursuant to Title 18 U.S.C § 4285, the United States Marshals Service shall provide the Defendant Jodi Hamrick with an airline ticket from Memphis, Tennessee to Seattle, Washington, so that she may attend her sentencing on April 26, 2024.

DATED this 17th day of April, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

AMENDED ORDER ON MOTION
FOR TRANSPORTATION EXPENSES - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818