HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>JODI HAMRICK,<br><br>               Defendant. | No.  2:20-cr-00079-RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon the motion of the defendant seeking an order directing United States Probation to pay for the cost of the defendant's overnight stay to attend her sentencing hearing.  Dkt. 243.  The defendant has represented the government takes no position on this request and will not oppose the request.

Before entertaining this request, the defendant shall file a declaration with the Court no later than 4:00 pm on April 24, 2024, detailing her current financial circumstances that justify her request and an explanation why alternative arrangements for her stay cannot be undertaken, especially since the sole purpose of her travel to Seattle is for her sentencing hearing, currently scheduled for April 26, 2024.

DATED this 23rd day of April, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1