HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JODI HAMRICK,<br><br>　　　　　　　Defendant. | No. 2:20-cr-00079-RAJ<br><br>ORDER PERMITTING EMOTIONAL SUPPORT ANIMAL TO ENTER UNITED STATES COURTHOUSE |

THIS MATTER comes before the Court upon Defendant Jodi Hamrick's request to allow her to enter the courthouse with her dog Alberto for Ms. Hamrick's sentencing hearing, presently scheduled for Friday, April 26, 2024 at 9:00 a.m. It has been shown to the satisfaction of the Court that the dog is an emotional support animal and that it will not interrupt court proceedings.

It is therefore ORDERED that the United States Marshals Service shall permit Ms. Hamrick to enter the United States Courthouse with her dog Alberto on April 26, 2024.

DATED this 25th day of April, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER PERMITTING EMOTIONAL
SUPPORT ANIMAL TO ENTER UNITED
STATES COURTHOUSE - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818