Judge Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JODI HAMRICK,<br><br>  Defendant. | No. 2:20-cr-00079-RAJ<br><br>ORDER DENYING MOTION FOR PAYMENT FOR OVERNIGHT ACCOMMODATIONS |

THIS MATTER comes before the Court upon the motion of Defendant Jodi Hamrick seeking an order directing United States Probation to pay for the cost of her overnight stay to attend her sentencing hearing. Dkt. 243. Defendant has represented the government takes no position on this request and will not oppose the request.

Before entertaining the request, the Court required Ms. Hamrick to file a declaration detailing her current financial circumstances that justify her request and an explanation why alternative arrangements for her stay cannot be undertaken, especially since the sole purpose of her travel to Seattle is for her sentencing hearing, currently scheduled for April 26, 2024.

The Court has considered Defendant's declaration which states she earns money from intermittent work, but is not currently employed. The Court has received conflicting information from Defendant's supervising U.S. Probation officer in Tennessee, who has been in contact with Defendant's employer, and reports that while

ORDER - 1

Defendant has been absent from work to care for her mother, she remains employed and is paid a salary. Ms. Hamrick's declaration does not address why alternative arrangements for her stay cannot be made.

The Court finds there is insufficient and conflicting evidence before it that Defendant is unable to afford the cost of her overnight stay for her sentencing hearing, and therefore Defendant's Motion to Direct United States Probation to Pay for Overnight Accommodations (Dkt. 243) is **DENIED**.

DATED this 25th day of April, 2024.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 2