UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-079-RAJ |
| Plaintiff, | |
| v. | |
| JODI HAMRICK, | **ORDER OF FORFEITURE** |
| Defendant. | |

THIS MATTER comes before the Court on the United States' motion ("Motion") for entry of an order forfeiting, to the United States, the Defendant Jodi Hamrick's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $67,554.08, representing the proceeds Defendant obtained from her commission of *Wire Fraud*, in violation of 18 U.S.C. §§ 1343 and 2, as charged in Counts 7-10 of the Superseding Indictment, and *Conspiracy to Commit Wire Fraud and Aggravated Identity Theft*, in violation of 18 U.S.C. § 371, as charged in Count 12.[1]

---

[1] Defendant was also convicted of *Aggravated Identity Theft*, in violation of 18 U.S.C. §§ 1028A and 2 (Count 11). However, there is no statutory forfeiture authority for this offense.

Order of Forfeiture - 1
*United States v. Hamrick,* CR20-079-RAJ

The Court, having heard the evidence presented at trial, and after considering the government's Motion, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- Defendant Jodi Hamrick has now been convicted of *Wire Fraud*, in violation of 18 U.S.C. §§ 1343 and 2, and *Conspiracy to Commit Wire Fraud and Aggravated Identity Theft*, in violation of 18 U.S.C. § 371;

- The proceeds of *Wire Fraud* and *Conspiracy to Commit Wire Fraud and Aggravated Identity Theft* are forfeitable pursuant to 18 U.S.C. 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);

- The evidence presented at trial established that Defendant personally obtained at least $67,554.08 in proceeds from these offenses; and

- This sum of money is personal to the Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.


NOW THEREFORE, THE COURT ORDERS:

1) The forfeiture of a sum of money in the amount of 67,554.08, representing the proceeds Defendant obtained from her commission of *Wire Fraud* and *Conspiracy to Commit Wire Fraud and Aggravated Identity Theft*;

2) Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), Defendant's interest in the above-identified sum of money is fully and finally forfeited, in its entirety, to the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(1)(A) – (B), this Order will become final as to Defendant at the time she is sentenced it will be made part of the sentence; and, it will be included in the judgment;

4) No right, title, or interest in this sum of money exists in any party other than the United States;

Order of Forfeiture - 2
*United States v. Hamrick,* CR20-079-RAJ

5)     Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed this sum of money; and

6)     The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this __26th__ day of April, 2024.

THE HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

s/Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Order of Forfeiture - 3
*United States v. Hamrick,* CR20-079-RAJ