HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JODI HAMRICK,<br><br>　　　　　　　Defendant. | Case No.  2:20-cr-00079-RAJ<br><br>ORDER EXTENDING<br>REPORTING DATE |

　　　Defendant Jodi Hamrick has moved for entry of an order extending the date by which she is to report to the Bureau of Prisons to begin serving the period of incarceration previously imposed by the Court.  The Defendant has asked for an additional 60 days.  The Court finds that the Defendant has shown good cause for her request, namely the need to care for her mother, who is suffering from a terminal illness, and the need to attend an important hearing in her divorce proceedings.  It is therefore ordered that the Defendant's motion (Dkt. 260) is GRANTED.  The Defendant shall report to the designated facility no later than August 23, 2024.

　　　DATED this 13th  day of June, 2024.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING REPORTING DATE - 1