Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>JODI HAMRICK,<br><br>           Defendant. | No. 2:20-cr-00079-RAJ<br><br>ORDER ON DEFENDANT'S SECOND MOTION TO EXTEND REPORT DATE |

THIS MATTER comes before the Court upon Defendant Jodi Hamrick's Second Motion to Extend Report Date. Dkt. 287. Having considered the parties' briefing, and the files and pleadings herein, and finding good cause, the Court GRANTS the motion.

Defendant shall report to her designated facility no later than ten (10) days after the death of her mother. Defendant shall provide an updated report under seal as to her mother's condition no later than September 23, 2024, unless by that date her mother has passed away.

DATED this 21st day of August, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1