Judge Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JODI HAMRICK,<br>Defendant. | No. 2:20-cr-00079-RAJ<br><br>ORDER MODIFYING ORDER OF AUGUST 21, 2024 |

THIS MATTER comes before the Court on the Defendant's Request to Modify the Court's Order of August 21, 2024. On that date the Court issued an order directing the Defendant to report to the facility designated by the Bureau of Prisons no later than ten (10) days after the death of her mother. Defense counsel has since been informed by U.S. Probation that the Bureau of Prisons needs an order requiring the Defendant to report by a specific date. Defense counsel has conferred with counsel for the Government who indicated that the Government has no objection to the proposed modification. The Court finds good cause for the request. Therefore, the order entered on August 21, 2024, is modified as follows:

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

The Defendant shall report to the facility designated by the Bureau of Prisons no later than February 18, 2025. If her mother expires prior to that date, the Defendant shall report within ten (10) days of her mother's death.

DATED this 7th day of October, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818