Judge Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JODI HAMRICK,<br><br>                Defendant. | No. 2:20-cr-00079-RAJ<br><br>ORDER EXTENDING REPORTING DATE |

      THIS MATTER comes before the Court upon Defendant Jodi Hamrick's Motion to Extend Report Date (Dkt. 296). Defendant has moved for entry of an order extending the date by which she is to report to the Bureau of Prisons to begin serving the period of incarceration previously imposed by the Court. The Defendant has asked for an additional 90 days. The Court finds that the Defendant has shown good cause for her request, namely the need to care for her mother, who is suffering from a terminal illness.

      It is therefore ORDERED that the Defendant's motion (Dkt. 296) is GRANTED. The Defendant shall report to the designated facility no later than May 19, 2025. However, if the Defendant's mother expires earlier than that date, the Defendant shall report no later than 10 days from her mother's death.

      DATED this 3rd day of February, 2025.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1