Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JODI HAMRICK,<br><br>   Defendant. | No. 2:20-cr-00079-RAJ<br><br>ORDER EXTENDING REPORTING DATE |

THIS MATTER comes before the Court upon Defendant Jodi Hamrick's Fourth Motion to Extend Report Date (Dkt. 300). Defendant has moved for entry of an order extending the date by which she is to report to the Bureau of Prisons to begin serving the period of incarceration previously imposed by the Court for an additional 90 days. The Court finds the Defendant has shown good cause for an extension, namely the need to care for her mother, who is suffering from a terminal illness.

It is therefore ORDERED that the Defendant's motion (Dkt. 300) is GRANTED IN PART. Defendant shall report to the designated facility no later than July 3, 2025. If the Defendant's mother expires earlier than that date, the Defendant shall report no later than ten days from the date of her mother's death.

DATED this 16th day of May, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1