Judge Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JODI HAMRICK,<br><br>　　　　　　　Defendant. | No. 2:20-cr-00079-RAJ<br><br>ORDER EXTENDING<br>REPORTING DATE |

THIS MATTER comes before the Court upon Defendant Jodi Hamrick's Fifth Motion to Extend Report Date (Dkt. 304). Defendant has moved for entry of an order extending the date by which she is to report to the Bureau of Prisons to begin serving the period of incarceration previously imposed by the Court to August 17, 2025. The Court finds the Defendant has shown good cause for an extension, namely the need to care for her mother, who is suffering from a terminal illness.

It is therefore ORDERED that the Defendant's motion (Dkt. 304) is GRANTED. Defendant shall report to the designated facility no later than August 17, 2025. If the Defendant's mother expires earlier than that date, the Defendant shall report no later than ten days from the date of her mother's death.

DATED this 27th day of June, 2025.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1