The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JODI HAMRICK,<br><br>Defendant. | NO. 2:20-cr-00079-RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS |

THIS MATTER comes before the Court upon Defendant Jodi Hamrick's Motion to Seal Exhibits to Defendant's Motion to Extend Time to Report to Custody. Having considered the Motion to Seal, and because of the nature of the information contained in the referenced exhibits, the Court finds good cause to GRANT the Motion (Dkt. 305).

It is hereby ORDERED that the exhibits to Defendant's Motion to Extend Time to Report to Custody shall remain sealed.

DATED this 27th day of June, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1