Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:20-cr-00079-RAJ |
|---|---|
| Plaintiff, | ORDER PERMITTING WITHRAWAL OF COUNSEL |
| v. | |
| JODI HAMRICK, | |
| Defendant. | |

THIS MATTER comes before the Court upon the motion of defense counsel for an order permitting withdrawal as counsel for Defendant Jodi Hamrick. Having considered the motion, and the files and pleadings herein, the Court hereby GRANTS the motion (Dkt. 311) and orders that attorneys Mark Middaugh and Gilbert H. Levy are withdrawn as counsel of record for Defendant Jodi Hamrick.

DATED this 9th day of July, 2025.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1