The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JODI HAMRICK,<br><br>　　　　Defendant. | NO. 2:20-cr-00079-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL DOCUMENT |

THIS MATTER comes before the Court on Defendant's Motion to Seal Exhibits 2 and 3 to her reply to the United States' opposition to Defendant's Sixth Motion for Extension of Time to Report to the Bureau of Prisons Custody. The Court has reviewed the motion and finds that the documents shall be filed under seal pursuant to CrR 49.1(e) because the document contains private protected health care information.

IT IS ORDERED that the Motion to Seal (Dkt. 321) is GRANTED. Exhibits 2 and 3 to Defendant's reply to the United States' opposition to Defendant's Sixth Motion for Extension of Time to Report to the Bureau of Prisons Custody shall remain under seal.

DATED this 5th day of August, 2025.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL DOCUMENT
*U.S.A. v. Hamrick, CR20-079 RAJ*
Page - 1

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816