Judge Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>JODI HAMRICK,<br><br>               Defendant. | No. 2:20-cr-00079-RAJ<br><br>ORDER ON DEFENDANT'S SIXTH MOTION TO EXTEND REPORT DATE |

THIS MATTER comes before the Court upon Defendant Jodi Hamrick's Sixth Motion to Extend Report Date. Dkt. 317. Having considered the parties' briefing, and the files and pleadings herein, the Court **GRANTS IN PART** and **DENIES IN PART** the motion. The Court grants a final two-week extension of Defendant's report date. She shall report to her designated facility no later than September 1, 2025. There will be no further extensions of Defendant's report date.

DATED this 6th day of August, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1