Judge Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JODI HAMRICK,<br><br>  Defendant. | No. 2:20-cr-00079-RAJ<br><br>ORDER ON DEFENDANT'S MOTION TO STAY EXECUTION OF SENTENCE AND EXTEND SELF-SURRENDER DATE |

THIS MATTER comes before the Court upon Defendant Jodi Hamrick's *pro se* Motion to Extend Report Date. Dkt. 324.

Ms. Hamrick is currently represented by counsel, Thomas Coe. *See* Dkt. 314. As such, Ms. Hamrick may not file *pro se* motions unless she complies with the requirements of Local Civil Rule 83.2(b)(5). *See* Local Rules W.D. Wash. LCrR 1(a) (adopting Local Rules W.D. Wash. LCR 83.2(b) for criminal proceedings). Rather than decline to entertain the motion, however, the Court in its discretion turns to the merits.

Ms. Hamrick requests the Court enter an order staying execution of her sentence and extending her report date pending resolution of her appeal. Dkt. 324. On June 11, 2025, the Ninth Circuit Court of Appeals affirmed Ms. Hamrick's conviction and sentence and on July 3, 2025 issued its mandate. Dkts. 303, 312. On July 24, 2025, the Ninth Circuit denied Ms. Hamrick's petition for panel rehearing and petition for

ORDER - 1

rehearing en banc as untimely. Order at page 1, *United States v. Hamrick*, No. 24-2813, (9th Cir. July 24, 2025).

Ms. Hamrick filed two additional *pro se* motions for relief with the appellate court, which have been declined by the Ninth Circuit with notice that no further filings would be accepted in the closed case.

As Ms. Hamrick's appeal has been resolved, her motion to stay execution of her sentencing and to extend her self-surrender date is **DENIED**.

DATED this 29th day of August, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2