The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:20-cr-00079-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW |
| JODI HAMRICK, | |
| Defendant. | |

THIS MATTER comes before the Court upon the motion of attorney Thomas D. Coe to withdraw as counsel for Defendant Jodi Hamrick. Having considered the Motion (Dkt. 325) and Supplemental Motion (Dkt. 328),

It is hereby ORDERED that counsel Thomas D. Coe is permitted to withdraw as counsel for Defendant Jodi Hamrick.

DATED this 2nd day of September, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW
United States v. Hamrick, 2:20-cr-000-79-RAJ - 1

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816