Judge Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JODI HAMRICK,<br><br>Defendant. | No. 2:20-cr-00079-RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

THIS MATTER comes before the Court on the United States' Motion to Seal Exhibit 1 to its Opposition to Defendant's Motion for Reduction in Sentence under 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the exhibit due to the sensitive medical and health information contained therein.

IT IS HEREBY ORDERED that the Motion to Seal, Dkt. 335, is GRANTED. Exhibit 1 to United States' Opposition to Defendant's Motion for Reduction in Sentence under 18 U.S.C. § 3582(c)(1)(A) shall remain under seal.

DATED this 31st day of August, 2026.

Richard A Jones

The Honorable Richard A. Jones
United States District Judge